IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDUCATIONAL CREDIT MANAGEMENT            PLAINTIFF
CORPORATION

v.                CASE NO. 2:07CV00095-WRW

JEFF CALLOWAY, INC.                      DEFENDANT

### CONSENT JUDGMENT

On this day, Complaint of Plaintiff Educational Credit Management Corporation ("Plaintiff") against Defendant Jeff Calloway, Inc. ("Defendant") came on to be considered by the Court. Upon consideration of the pleadings, statements of counsel, and other evidence and proof, the Court, being fully advised, hereby finds that:

1. Plaintiff and Defendant consent and agree that this Court has jurisdiction over the subject matter and parties to this action and that venue is proper.

2. Plaintiff is a guaranty agency as defined by Federal Family Educational Loan Program ("FFELP") as codified in Title 20 of the United States Code.

3. Sidney R. Virgel ("Virgel") owes a student loan debt to Plaintiff that is in default.

4. 20 U.S.C. Section 1095a gives guaranty agencies the authority to administratively issue orders to defaulted borrowers' employers requiring them to withhold up to ten percent (10%) of the disposable income of these borrowers and provides that guaranty agencies may sue employers who do not deduct and pay over as directed in the Withholding Order. 20 U.S.C. Section 1095(a)(6); 34 C.F.R. Section 682.410(b)(9)(i)(F).

5. On or about March 21, 2006, Plaintiff served Virgel with the required thirty (30) days Notice Prior to Wage Withholding.

6.  No hearing was requested, and Plaintiff issued withholding orders on March 21, 2006, and April 26, 2006, in compliance with to Defendant for a portion of Virgel's wages in accordance with 20 U.S.C. § 1095a(a), (b).

7.  Defendant failed to remit Defendant's wages in accordance with the withholding orders.

8.  Defendant owes Plaintiff $6,496.20, of which $4,425.78 constitutes principal and $2,070.42 constitutes attorney's fees.

9.  Defendant is further required too withhold and remit ten percent (10%) of Virgel's disposable earnings, or the amount required under 15 U.S.C. Section 1673, if less, until Borrower's student loan debt is paid in full or Virgel terminates his/her employment with Defendant, whichever occurs earlier.

THEREFORE, in consideration of the Court's findings, the Court grants judgment to Plaintiff against Defendant for $6,224.22 at the current applicable federal court interest rate and further orders Defendant to remit to Plaintiff, within 10 days of the close of each pay period, ten percent (10%) of Virgel's disposable earnings, or the amount required under 15 U.S.C. Section 1673, if less, until Virgil's student loan debt is paid in full or Borrower terminates his/her employment with Defendant, whichever occurs earlier..

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

July 14, 2008
DATE

APPROVED AS TO FORM:

_____
Robert G. Serio
Attorney for Defendant

2

*/s/ Kimberly Wood Tucker*
Kimberly Wood Tucker (83175)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Telephone: (501) 371-0808
Attorneys for Plaintiff, Educational
Credit Management Corporation